# PIRRELLO, PERSONTE & FEDER PLLC

### 1880 RIDGE ROAD EAST-SUITE 8 LOWER LEVEL

MARIO J. PIRRELLO
MICHAEL J. PERSONTE
STEVEN E. FEDER
*ALSO ADMITTED IN FLORIDA

ROCHESTER, N.Y. 14622-2450

TELEPHONE:(585) 544-7090
FACSIMILE: (585) 544-7093

May 17, 2018

Honorable Frank P. Geraci, Jr.
U.S. District Court
100 State Street
Room 4230
Rochester, New York 14614

RE: Wells Fargo vs. LLHC Realty, LLC
    Case No. 6:15-cv-06680-FGP-MWP

Dear Judge Geraci:

    This letter is written to request, pursuant to Local Rule 7 (a) (6), that the Court permit Sur-Reply papers in the discovery-related motion presently pending before the Court with regard to the above-referenced matter.

Respecfully,

PIRRELLO, PERSONTE & FEDER, PLLC

Steven E. Feder

SEF/cbs
cc: Chad W. Flansburg, Esq. Via Electronic Filing